UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CASE NO. __5:22CV-157-BJB__

*Electronically Filed*

| | |
|---|---|
| DORIS BLEDSOE | PLAINTIFF |
| v. | **NOTICE OF REMOVAL** |
| WAL-MART STORES EAST, LIMITED PARTNERSHIP | DEFENDANT |

\* \* \* \* \*

Defendant, Wal-Mart Stores East, Limited Partnership, ("Walmart"), by counsel, states as follows in support of its removal of this action:

1.  There was an action commenced which is now pending in the Marshall Circuit Court, Division I, Civil Action No. 22-CI-00259, in which the above-named Doris Bledsoe is the Plaintiff and Wal-Mart Stores East, Limited Partnership is the Defendant.[1] (*See* Plaintiff's Complaint, attached as Exhibit 1).

2.  Wal-Mart Stores East, Limited Partnership has a general partner, WSE Management, LLC, and a limited partner, WSE Investment, LLC, both of which are Delaware limited liability companies whose sole member is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is now and was at the time of the commencement of this action and at all times pertinent hereto, a wholly owned subsidiary of Walmart Inc. Walmart Inc. is the only member of Wal-Mart Stores East, LLC. Walmart Inc. is a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arkansas. For these reasons, Wal-Mart

---

[1] Walmart Inc. was previously a party to this action. The Marshall Circuit Court entered an Agreed Order dismissing Walmart Inc. on November 7, 2022.

Stores East, Limited Partnership is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arkansas and not a citizen of Kentucky. (*See* Affidavit of Counsel in Support of Removal, attached as Exhibit 2).

3. Plaintiff, Doris Bledsoe, is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen and resident of the Commonwealth of Kentucky, and not a citizen or resident of Delaware or Arkansas. (*See* Exhibit 1).

4. This is a personal injury case. In Plaintiff's Complaint, Plaintiff claims she slipped and fell while shopping at the Benton Walmart in Benton, Kentucky. (*See* Exhibit 1). As a result, Plaintiff claims she suffered injuries which caused her to sustain losses and damages by way of medical bills, pain and suffering past and future, future medical bills, permanent impairment, lost wages, and impairment to his power to earn money. Walmart could not ascertain whether this case was removable based solely on Plaintiff's Complaint.

5. On September 20, 2022 Walmart sent Plaintiff Requests for Admissions, one of which asked Plaintiff to admit that she would not "seek damages in excess of $75,000, exclusive of interest and costs, at the trial of this matter." (*See* Walmart's Request for Admissions, attached as Exhibit 3).

6. On October 24, 2022, Walmart received Plaintiff's Response to Walmart's Request for Admission in which Plaintiff stated, "The **Plaintiff denies this Admission** on the basis that medical care in [*sic*] ongoing and the final amount of damages are yet to be determined." (*See* Plaintiff's Responses to Walmart's Request for Admission, attached as Exhibit 4) (emphasis added).

7. Based on the foregoing, Walmart has reason to believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. (*See* Exhibit 2).

8. This action involves a controversy between citizens of different states, as the Plaintiff is a resident and citizen of Kentucky, while Wal-Mart Stores East, Limited Partnership is a citizen of the states of Delaware and Arkansas. The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. § 1332; 28 U.S.C. § 1446.

9. This Notice is filed within thirty (30) days of Walmart's receipt of Plaintiff's Responses to Walmart's Requests for Admissions. Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

10. Copies of all process, pleadings and orders served on Walmart as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 5.

11. Written notice of the filing of this Notice of Removal and exhibits hereto were served upon Plaintiff's counsel via U.S. Mail on November 16th, 2022.

WHEREFORE, Defendant Wal-Mart Stores East, Limited Partnership prays it they may effect the removal of this action from the Marshall Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

*/s/ M. Grant Grissom*
CHRISTOPHER R. CASHEN
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
christopher.cashen@dinsmore.com

and

M. GRANT GRISSOM
Dinsmore & Shohl LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2300
grant.grissom@dinsmore.com

*Counsel for Defendant Wal-Mart Stores East, Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a true and correct copy of the foregoing has been served upon the following, by U.S. Mail, on this the 16th day of November, 2022:

Ryan Renuall Yates
Yates Law Office
2730 U.S. Hwy 641N
Benton, KY 42025
yates@ryanyateslaw.com
*Counsel for Plaintiff*

*/s/ M. Grant Grissom*
*Counsel for Defendant Wal-Mart Stores East, Limited Partnership*

27214765.1